IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SMS DEMAG AKTIENGESELLSCHAFT,    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>MATERIAL SCIENCES CORPORATION,    )<br>)<br>Defendant.    ) | Case No. 04-cv-0333-MJR |

## ORDER

**REAGAN, District Judge:**

On March 10, 2006, the parties to this action filed a stipulation for dismissal under **Fed. R. Civ. P. 41(a)(1)**. Accordingly, the action is **DISMISSED without prejudice**.

IT IS SO ORDERED.

DATED this 13th day of March, 2006.

                                                    s/Michael J. Reagan
                                                    **MICHAEL J. REAGAN**
                                                    **United States District Judge**